```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___7/26/21___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X
:
ROXANNE MORRISETTE,                                     :
:
                              Plaintiff,                :
:                          21-cv-1575 (VSB)
             -against-                                  :
:                            **ORDER**
SPEEDWAY LLC,                                           :
:
                              Defendant.                :
:
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

    It has been reported to the Court that the parties in this case have reached a settlement

agreement.  It is hereby:

    ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within thirty (30) days.

    SO ORDERED.

Dated: July 26, 2021
      New York, New York

                                  Vernon S. Broderick
                                  United States District Judge